Agnes Eagen, as Administratrix of the Estate of George Eagen, Deceased, Respondent, *v.* Buffalo Union Terminal Railroad Company, Appellant.

Reported below, 134 App. Div. 995.
(Argued January 3, 1910; decided January 11, 1910.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 30, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of the plaintiff's intestate alleged to have been occasioned by defendant's negligence.

The motion was made upon the ground that the exceptions were frivolous and the appeal taken for purposes of delay only.

*F. G. Bagley* for motion.

*Alfred Becker* opposed.

Motion denied, with ten dollars costs.

---

Ella H. Leffmann, Appellant, *v.* The Long Island Railroad Company, Respondent.

(Argued January 3, 1910; decided January 11, 1910.)

Motion to amend remittitur by inserting the following clause : " And the constitutionality of the statute (chapter 499 of the Laws of 1897 and the acts amendatory thereof) being questioned, it is further adjudged (1) that the said statutes do not contravene section 10 of article 1 of the Federal Constitution forbidding the impairment of the obligations of a contract ; (2) the said statutes do not violate section 1 of the 14th amendment to the Federal Constitution providing that a person shall not be deprived of property without due process of law and without just compensation." (See 197 N. Y. 513.)

Motion granted.